FILED
CHARLOTTE, NC
OCT 1 0 2017
US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> JOHN DOE ) <br> FBI# 689TXCJWJ ) <br> PID# 468152 ) | Case No. 3:17MJ348 <br><br> ORDER TO SEAL |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit in this matter be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Affidavit be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 10th day of October.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE